JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER RAMSEY<br><br>Plaintiff,<br><br>vs.<br><br>AMWAY CORP., a Virginia Corporation; ALTICOR INC., a Michigan Corporation; FAROUQUE KHATTAK, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:18-cv-01870 JVS (ADSx)<br>Hon. James V. Selna, Courtroom 10C<br><br>**JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

1

## SUMMARY JUDGMENT

Defendants Amway Corp., Alticor Inc., and Farouque Khattak's motion for summary judgment was heard on September 16, 2019 before the Honorable James V. Selna, United States District Court Judge. The Court having considered the motion, opposition, and reply, together with all evidence and other papers submitted by the parties in connection with the motion, and having considered the issues and oral argument presented by counsel for all parties, and having granted Defendants' motion for summary judgment in its entirety:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Summary Judgment be entered in favor of Defendants Amway Corp., Alticor Inc., and Farouque Khattak and against Plaintiff Alexander Ramsey on all claims. All causes of action asserted by Plaintiff Alexander Ramsey against Defendants Amway Corp., Alticor Inc., and Farouque Khattak are dismissed with prejudice.

Further as prevailing parties pursuant to Fed. R. Civ. Pro. 54(d) and Local Rule 54, Defendants are awarded costs. Consistent with Local Rule 54-3, Defendants shall file a Notice of Application to the Clerk to Tax Costs and shall attach a proposed Bill of Costs within fifteen (15) days after the entry of this judgment.

**IT IS SO ORDERED.**

Date: November 22, 2019

Hon. James V. Selna
United States District Judge

Submitted by:
COLE PEDROZA LLP
Kenneth R. Pedroza, SBN 184906
kpedroza@colepedroza.com
Zena Jacobsen, SBN 295833
zjacobsen@colepedroza.com
2295 Huntington Drive
San Marino, CA 91108
Tel.:   (626) 431-2787
Fax:   (626) 431-2788

Attorneys for Defendants
AMWAY CORP., ALTICOR INC., and
FAROUQUE KHATTAK