# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER RAMSEY<br><br>Plaintiff,<br><br>vs.<br><br>AMWAY CORP., a Virginia Corporation; ALTICOR INC., a Michigan Corporation; FAROUQUE KHATTAK, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:18-cv-01870 JVS (ADSx)<br>Hon. James V. Selna, Courtroom 10C<br><br>**AMENDED JUDGMENT TO INCLUDE AWARD OF $21,069.58 IN COSTS TO BE AWARDED TO DEFENDANTS** |

WHEREAS the Honorable James V. Selna, United States District Court Judge entered judgment granting Defendants Amway Corp., Alticor Inc., and Farouque Khattak summary judgment on all of Plaintiff Alexander Ramsey's claims on November 22, 2019, and that judgment was affirmed by the Ninth Circuit Court of Appeal on July 8, 2021; and Plaintiff's petitions for panel rehearing and for rehearing en banc were thereafter denied on September 24, 2021;

    WHEREAS the Clerk of Court taxed costs in the amount of $21,069.58 to be paid to Defendants Amway Corp., Alticor Inc., and Farouque Khattak by Plaintiff Alexander Ramsey on January 18, 2022 (docket number 72) and this Court denied Plaintiff's motion to review and retax costs (docket number 75);

    IT IS ORDERED that Defendants Amway Corp., Alticor Inc., and Farouque Khattak shall recover costs against Alexander Ramsey in the amount of $21,069.58.

Dated: March 09, 2022  _____
                                        Hon. James V. Selna
                                        Los Angeles County District Court

Proposed Amended Judgment submitted by:

Kenneth R. Pedroza (SBN 184906)
kpedroza@colepedroza.com
Zena Jacobsen (SBN 295833)
zjacobsen@colepedroza.com
COLE PEDROZA LLP
2295 Huntington Drive
San Marino, CA 91108
Tel: (626) 431-2787
Fax: (626) 431-2788

Attorneys for Defendants
AMWAY CORP., ALTICOR INC., and
FAROUQUE KHATTAK